United States District Court
Southern District of Texas
**ENTERED**
August 22, 2023
Nathan Ochsner, Clerk

In the United States District Court
Southern District of Texas
Houston Division

| | | |
|---|---|---|
| SETH BATISTE, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civ. A. No. 23-2451 |
| | § | |
| LONE STAR COLLEGE SYSTEM, | § | |
| | § | |
| *Defendant.* | § | |

## Order Granting Motion to Extend Time to Respond to Original Complaint

Before the Court is Lone Star College System's Motion to Extend Time to Respond to Original Complaint. After considering the Motion and all other relevant papers, the Court is of the opinion that the Motion should be, and therefore is, in all things GRANTED.

It is therefore ORDERED that Lone Star College System's deadline to respond to Plaintiff's Original Complaint is extended to **August 30, 2023**.

Signed this the ___22d___ day of August, 2023, at Houston, Texas.

The Honorable Sim Lake
United States District Judge