United States District Court
Southern District of Texas
**ENTERED**
September 12, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Seth Batiste, § | |
| § | |
| Plaintiff, § | |
| v. § | |
| § | Civil Action No. H-23-2451 |
| Lone Star College System, § | |
| § | |
| Defendant. § | |

## ORDER

Defendant, Lone Star College System, has filed a Motion to Dismiss (docket no. 7). The motion seeks dismissal pursuant to Fed. R. Civ. P. 12(b)(6). The court's normal practice is to allow only one dispositive motion per party, and the court sees no reason to make an exception in this case. If Lone Star College System's motion to dismiss is denied, the court will therefore not allow it to file a motion for summary judgment. If Lone Star College System wishes to withdraw the motion to dismiss, the court will enter a docket control order that includes a date for motions for summary judgment. The court requests that Lone Star College System inform the court of its decision by **September 15, 2023**.

**SIGNED** at Houston, Texas, on this 12th day of September, 2023.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE