# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| SETH BATISTE, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Civ. A. No. 23-2451 |
| § | |
| LONE STAR COLLEGE SYSTEM, § | |
| § | |
| *Defendant*. § | |

### Notice to the Court Regarding
### Lone Star College System's Motion to Dismiss

Pursuant to the Court's Order entered September 12, 2023 (Doc. 8), Defendant Lone Star College System provides notice to the Court that it has decided to withdraw its Motion to Dismiss (Doc. 7) and respectfully requests the same via entry of the proposed order accompanying this Notice.

Respectfully submitted,
**Ogletree, Deakins, Nash,
Smoak & Stewart, P.C.**

  */s/ Stephen J. Quezada*
Stephen J. Quezada
Texas SBN: 24076195
USDC SD/TX: 1348753
One Allen Center
500 Dallas St., Ste. 3000
Houston, Texas 77002
713-655-0855 (Phone)
713-655-0020 (Fax)
stephen.quezada@ogletreedeakins.com

**Attorney-in-Charge for Defendant
Lone Star College System**

**Of Counsel:**
Brooke Jones
Texas SBN: 24107537
USDC SD/TX: 3342076
One Allen Center
500 Dallas St., Ste. 3000
Houston, Texas 77002
713-655-0855 (Phone)
713-655-0020 (Fax)
brooke.jones@ogletreedeakins.com

### Certificate of Service

I hereby certify that on the 15th day of September, 2023 I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to the following counsel of record:

Joel T. Joseph
PO Box 37
Fresno, Texas 77545
Phone: 713-491-4257
Fax: 832-626-5022
Jjoseph4law@gmail.com

**Attorney-in-Charge for Plaintiff**

       */s/ Stephen J. Quezada*
       Stephen J. Quezada