IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SETH BATISTE, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civ. A. No. 23-2451 |
| LONE STAR COLLEGE SYSTEM, | § § § | |
| *Defendant.* | § | |

### Order

Before the Court is Defendant Lone Star College System's Notice to the Court regarding its Motion to Dismiss (Doc. 7).

Pursuant to Lone Star College System's request that the Motion to Dismiss be withdrawn, it is so ORDERED. The Motion is therefore withdrawn.

Signed on this the ____ day of _____, 2023, at Houston, TX.

                                                    _____
                                                    The Honorable Sim Lake
                                                    United States District Judge