United States District Court
Southern District of Texas
**ENTERED**
September 25, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SETH BATISTE, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civ. A. No. 23-2451 |
| | § | |
| LONE STAR COLLEGE SYSTEM, | § | |
| | § | |
| *Defendant.* | § | |

### Order on Defendant Lone Star College System's Unopposed Motion for Entry of Answer Deadline

Before the Court is Defendant Lone Star College System's Unopposed Motion for Entry of Answer Deadline pursuant to FRCP 12(a)(4). After considering the Motion, the Court is of the opinion that it should be, and therefore is, **GRANTED**.

It is therefore ORDERED that Lone Star College System shall file its answer to Plaintiff Seth Batiste's Original Complaint on or before **October 5, 2023**.

Signed on this the 25th day of September, 2023, at Houston, Texas.

The Honorable Sim Lake
United States District Judge