United States District Court
Southern District of Texas
**ENTERED**
February 05, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SETH BATISTE, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civ. A. No. 23-2451 |
| | § | |
| LONE STAR COLLEGE SYSTEM, | § | |
| | § | |
| *Defendant*. | § | |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

ON THIS DAY CAME to be considered Law Office of Joel T. Joseph Motion to Withdraw as attorney for Plaintiffs. The Court, after having reviewed the contents of this Motion, and the responsive materials of any other party, if any, is of the opinion that this Motion should be **GRANTED** in its entirety and the Court will withdraw Law Office of Joel T. Joseph as counsel for Plaintiff in the above-referenced matter. Law Office of Joel T. Joseph will also be removed from the list of parties to be served in this case in the Court's Electronic Filing System.

**IT IS HEREBY ORDERED,** ~~ADJUDGED, AND DECREED~~ that Law Office of Joel T. Joseph's Motion is **GRANTED** and the above-styled and numbered cause will withdraw Law Office of Joel T. Joseph as counsel for Plaintiff. Law Office of Joel T. Joseph will also be removed from the list of parties to be served in this case in the Court's Electronic Filing System.

Dated: **FEB 5**, 2024.

_____
Honorable Judge